BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

LESLIE ALEXANDER (CSBN 256624)
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
    e-mail: Leslie.Alexander@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JORDAN BARLOW,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | NO. CV 09-2117 GSA<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE ANSWER |

    TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

    The parties, through their undersigned counsel, stipulate that Defendant shall have until May 17, 2010 (from the current due date of April 15, 2010), in which to file his answer to the complaint.

    Defendant is requesting more time because the Commissioner needs more time to complete the electronic Certified Administrative Record.

1

DATE: 4/14/10  Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By /s/ *Leslie Alexander*
_____
LESLIE ALEXANDER
Special Assistant United States Attorney

Attorneys for Defendant

DATED: 4/14/10  By: /s/  *Marc V. Kalagian*
[*authorized via electronic mail on 4/14/10*]
MARC V. KALAGIAN
Attorney at Law

Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

 **Dated:   April 15, 2010**            /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE