1  Marc V. Kalagian
   Attorney at Law: 149034
2  Rohlfing & Kalagian, LLP
   211 E. Ocean Boulevard, Ste. 420
3  Long Beach, California 90802
   Tel: (562) 437-7006
4  Fax: (562) 432-2935
   E-Mail: marckalagian_rohlfinglaw@hotmail.com
5
   Attorneys for Plaintiff
6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10

11 | JORDAN BARLOW,                      ) Case No.: CV 09-2117 GSA
                                         )
12 |         Plaintiff,                  ) STIPULATION FOR DISMISSAL
                                         ) WITH PREJUDICE; AND ORDER
13 | v.                                  )
                                         )
14 | MICHAEL J. ASTRUE,                  )
     Commissioner of Social Security,    )
15 |         Defendant.                  )
                                         )
16 |                                     )
                                         )
17 |_____)

18         TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF

19 THE DISTRICT COURT:

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26

                              -1-

1  IT IS HEREBY STIPULATED by and between the parties, through their
2 respective counsel, that pursuant to F.R.Civ.P. Rule 41 (a) (1) (ii) the above
3 captioned matter be dismissed with each side to bear its own costs.

4

5 DATE: 6/22/10                    Respectfully submitted,

6                                  ROHLFING & KALAGIAN, LLP

7

8                                  <u>*/s/-Marc V. Kalagian*</u>
                                   Marc V. Kalagian
9                                  Attorney for Plaintiff

10

11 DATE: 6/22/10                   BENJAMIN B. WAGNER
                                   United States Attorney
12                                 LUCILLE GONZALES MEIS
                                   Chief Civil Division
13

14

15                                 <u>*\*/s/-Benjamin E. Hall*</u>
                                   Benjamin E. Hall
16                                 Special Assistant United States Attorney
17                                 Attorney for Defendant
                                   [*By email authorization on]
18

19
                                        **ORDER**
20
IT IS SO ORDERED
21
Dated: June 23, 2010                    /s/ Gary S. Austin
22                                 UNITED STATES MAGISTRATE JUDGE

23

24

25

26

-2-